IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-00607-BO-BM

RAYMOND LEMAY, SR, AS )
ADMINISTRATOR OF THE ESTATE )
OF BARBARA LEMAY, )
)
        Plaintiff, )
) **ORDER**
        v. )
)
UNITED STATES OF AMERICA, )
)
        Defendant.

Before the Court is the unopposed motion to substitute Raymond Lemay, Sr., as Administrator of the Estate of Barbara Lemay, in lieu of the recently deceased Barbara Lemay, and to amend the caption in this action to reflect the requested substitution. Dkt. 21. For good cause shown, and pursuant to Fed. R. Civ. P. 25(a), the Motion is GRANTED.

NOW THEREFORE, IT IS HEREBY ORDERED:

(1) That Raymond Lemay, Sr., as Administrator of the Estate of Barbara Lemay, is hereby substituted as Plaintiff in this action in place of Plaintiff Barbara Lemay;

(2) That the caption is hereby amended, and all further filings shall reflect the caption appearing on this order.

SO ORDERED, this 26 day of July, 2024.

TERRENCE W. BOYLE
United States District Judge